**Order entered December 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01112-CV

### DUAL COMMERCIAL, LLC D/B/A PGI COMMERCIAL LLC, Appellant

### V.

### CINCINNATI CASUALTY COMPANY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05795-E**

## ORDER

Before the Court is appellant's December 12, 2018 agreed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **January 16, 2019**. We caution appellant that further requests for extension in this accelerated appeal will be disfavored.

/s/    ADA BROWN
        JUSTICE